UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

| | | |
|---|---|---|
| SHAW'S SUPERMARKETS, INC., | ) | Civil Action No. |
| | ) | 2004 JUN -4 P 2: 14 |
| Plaintiff, | ) | |
| | ) | U.S. DISTRICT COURT |
| v. | ) | DISTRICT OF MASS. |
| | ) | |
| UNITED FOOD AND COMMERCIAL | ) | |
| WORKERS UNION, LOCAL 791, | ) | |
| AFL-CIO, | ) | |
| | ) | 04 |
| Defendant. | ) | |

## SHAW'S SUPERMARKETS, INC.'S
## CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Local Rules of the United States District Court for the District of Massachusetts, Plaintiff Shaw's Supermarkets, Inc. is a wholly owned subsidiary of Albertson's, Inc., which is a publicly held corporation.

Respectfully submitted,

Shaw's Supermarkets, Inc.
By Its Attorneys,

DATED:  June 3, 2004
        Portland, Maine

Richard G. Moon, Esq.
Philip J. Moss, Esq.
Moon, Moss, McGill & Shapiro, P.A.
Ten Free Street, P.O. Box 7250
Portland, Maine  04112-7250
Telephone (207) 775-6001