FILED
IN CLERKS OFFICE

2004 JUN -4 P 4: 35

U.S. DISTRICT COURT
DISTRICT OF MASS.

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SHAW'S SUPERMARKETS, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> UNITED FOOD AND COMMERCIAL ) <br> WORKERS UNION, LOCAL 791, ) <br> AFL-CIO, ) <br> Defendant. ) | Civil Action No. <br><br> 04cv11219 <br><br> DPW |

### SHAW'S SUPERMARKETS, INC.'S
### MOTION FOR TEMPORARY RESTRAINING ORDER
### AND REQUEST FOR ORAL ARGUMENT

Plaintiff Shaw's Supermarkets, Inc. ("Shaw's") respectfully requests this Court issue a Temporary Restraining Order in accordance with the Prayer for Relief in Shaw's Complaint, a copy of which is attached hereto.

As more particularly set forth in the attached Memorandum in Support, Shaw's makes this Motion on the grounds alleged in the Complaint and because immediate and irreparable injury and damage will result to Shaw's before full notice can be given to defendant or its attorney.

Shaw's requests oral argument on this Motion.

Shaw's Supermarkets, Inc.
By Its Attorneys,

DATED: June 3, 2004
Portland, Maine

_____
Philip J. Moss, Esq.
David A. Strock, Esq.
Moon, Moss, McGill & Shapiro, P.A.
Ten Free Street, P.O. Box 7250
Portland, Maine  04112-7250
Telephone (207) 775-6001