UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SHAW'S SUPERMARKETS, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>UNITED FOOD AND COMMERCIAL )<br>WORKERS UNION, LOCAL 791, )<br>AFL-CIO, )<br>)<br>Defendant. ) | Civil Action No.<br>04 cv 11219 DPW<br><br>FILING FEE PAID: 56358<br>RECEIPT #_____<br>AMOUNT $ 50.00<br>BY DPTY CLK_____<br>DATE 6/4/04 |

## PLAINTIFF'S <u>PRO HAC VICE</u> MOTION

Pursuant to Rule 83.5.3(b) of the Local Rules, Plaintiff Shaw's Supermarkets, Inc., through its attorney, Philip J. Moss, Esq., hereby moves this Court for an Order permitting David A. Strock, Esq., of the law firm of Moon, Moss, McGill & Shapiro, P.A., to appear and practice before this Court <u>pro hac vice</u> in the above-entitled matter. In support of this Motion, Plaintiff states as follows:

1. As set forth in the accompanying Certificate, David A. is a member of the bar, in good standing and eligible to practice, in the states of Maine, Washington (inactive status) and California (inactive status). He is also a member of the bar, in good standing and eligible to practice, in the Court of Appeal for the Ninth Circuit and the United States District Courts for the District of Maine and the Central District of California. Attorney Strock has no disciplinary proceedings pending against him and he is familiar with the Local Rules of this Court.

2. Philip J. Moss, Esq., is a member in good standing of the Bar of this Court, and will be associated with Attorney Strock in this matter.

3. Pursuant to Local Rule 83.2, a $50.00 fee payable to the Clerk, United States District Court, accompanies this Motion.

4. No memorandum of law is necessary in support of this Motion because the matter is within the discretion of the Court.

Accordingly, Plaintiff respectfully requests that this Court grant its Motion to permit Attorney David A. Strock to appear in this matter pro hac vice.

Dated: June 3, 2004

_____
Philip J. Moss, Esq.
Moon, Moss, McGill & Shapiro, P.A.
Ten Free Street
P.O. Box 7250
Portland, ME 04112-7250
(207) 775-6001

Attorney for Plaintiff

2