UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SHAW'S SUPERMARKETS, INC.,  )<br>)<br>Plaintiff,  )<br>)<br>v.  )<br>)<br>UNITED FOOD AND COMMERCIAL  )<br>WORKERS UNION, LOCAL 791,  )<br>AFL-CIO,  )<br>)<br>Defendant.  ) | Civil Action No.<br>04 cv 11219 DPW |

## CERTIFICATE OF DAVID A. STROCK
## IN SUPPORT OF HIS APPLICATION TO APPEAR <u>PRO HAC VICE</u>

I, David A. Strock, being duly sworn, state as follows:

1. I am an associate with the firm of Moon, Moss, McGill & Shapiro, P.A. My office address is Ten Free Street, P.O. Box 7250, Portland, Maine, 04112-7250. My telephone number is (207) 775-6001.

2. I am a member of the bar, in good standing and eligible to practice, in the states of Maine, Washington (inactive status) and California (inactive status). I am also a member of the bar, in good standing and eligible to practice, in the Court of Appeal for the Ninth Circuit and the United States District Courts for the District of Maine and the Central District of California.

3. There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction. Further, I am not currently suspended or disbarred in any jurisdiction.

4. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

5. At all times during the course of this action, I will remain associated with Philip J. Moss, Esq., of the firm Moon, Moss, McGill & Shapiro, P.A., who is a member of the Bar of this Court and upon whom all process, notices and other papers may be served.

Dated: June 4, 2004

_____
David A. Strock

STATE OF MAINE
COUNTY OF CUMBERLAND

June 4th, 2004

Personally appeared before me this 4th day of June, 2004, David A. Strock, who made oath as to the truth of the foregoing.

_____
Notary Public
My Commission Expires:

LISA M. MONDOR
NOTARY PUBLIC, MAINE
MY COMMISSION EXPIRES JANUARY 25, 2009

2