UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
_____
                                 )
SHAW'S SUPERMARKETS, INC.,       )
                Plaintiff,       )
v.                               )    04-CV-11219 DPW
                                 )
UNITED FOOD AND COMMERCIAL       )
WORKERS UNION, LOCAL 791,        )
AFL-CIO,                         )
                Defendant.       )
_____)
```

## MOTION TO DISMISS
## OR, IN THE ALTERNATIVE,
## FOR JUDGMENT ON THE PLEADINGS

Defendant United Food and Commercial Workers Union, Local 791, AFL-CIO moves the court as follows:

1. To dismiss the action pursuant to Rule 12(b)(6) because the complaint fails to state a claim against defendant upon which relief can be granted.

2. To grant the defendant judgment on the pleadings pursuant to Rule 12(c).

Respectfully submitted,

LOCAL 791, UNITED FOOD AND
COMMERCIAL WORKERS
UNION,

By its attorneys,

_____
Warren H. Pyle, BBO #408400
Pyle, Rome, Lichten & Ehrenberg, P.C.
18 Tremont Street, Suite 500
Boston, MA 02108
(617) 367-7200

Date: June 23, 2004

1

## CERTIFICATE OF COMPLIANCE

I hereby certify that I have complied with the requirements of Local Rule 7.1(A)(2), and attempted to confer with counsel for Plaintiff in good faith to resolve or narrow the issue.

_____
Warren H. Pyle

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon David A. Strock, Esq., Moon, Moss, McGill & Shapiro, P.A., Ten Free Street, P.O. Box 7250, Portland, ME 04112-7250, by facsimile and first class mail, on June 23, 2004.

_____
Warren H. Pyle

2