UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
SHAW'S SUPERMARKETS, Inc.          )
                                    )
            Plaintiff               )
                                    )
      v.                            )   C.A. No. 04-CV-11219 DPW
                                    )
UNITED FOOD AND COMMERCIAL          )
WORKERS UNION, LOCAL 791,           )
AFL-CIO                             )
            Defendant               )
_____)

**STIPULATION OF DISMISSAL**

Now come the parties to this action and stipulate, pursuant to Rule 41(a) that it be dismissed

                                        Respectfully submitted,

SHAW'S SUPERMARKETS, INC.               LOCAL 791, UNITED FOOD AND
                                        COMMERCIAL WORKERS UNION

By its attorneys,                       By its attorneys,


 s/David A. Strock                       s/Warren H. Pyle
Richard Moon, Esq.                      Warren H. Pyle, BBO #408400
David A. Strock, Esq.                   Alfred Gordon, BBO #630456
Moon, Moss, McGill & Shapiro, P.A.      Pyle, Rome, Lichten & Ehrenberg
Ten Free Street, P.O. Box 7250          18 Tremont Street, Suite 500
Portland, ME 04112-7250                 Boston, MA 02108
(207) 775-6001                          (617) 367-7200


Dated:  July 8, 2004